RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Alexander Wallace Vega

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00302-JCM-DJA |
| Plaintiff, | ORDER TO CONTINUE INITIAL APPEARANCE |
| v. | (First Request) |
| ALEXANDER WALLACE VEGA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Alexander Wallace Vega, that the Initial Appearance currently scheduled on January 11, 2022 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ten (10) days.

This Stipulation is entered into for the following reasons:

1. Mr. Vega was ordered released, but one of the surety bond signers has not signed the surety bond yet. Counsel is trying to get the appropriate paperwork signed to effect Mr. Vega's release.

2. At this time, he is still in custody in California and cannot make the scheduled initial appearance.

3. Parties request this initial appearance be rescheduled to allow Mr. Vega's release or for him to be transported to Nevada.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 10th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Joshua Brister*<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER WALLACE VEGA,<br><br>　　　　Defendant. | Case No. 2:21-cr-00302-JCM-DJA<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Initial Appearance currently scheduled on January 11, 2022 at the hour of 2:30 p.m., be vacated and continued to January 24, 2022, at 2:30 p.m. in Courtroom 3C before U.S. Magistrate Judge Nancy J. Koppe.

　　　DATED this 10th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS

3