RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Alexander Wallace Vega

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER WALLACE VEGA,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00302-JCM-DJA<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heid A. Ojeda, Assistant Federal Public Defender, counsel for Alexander Wallace Vega, that the Change of Plea Hearing currently scheduled on November 18, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than four (4) weeks.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defense has a conflict with the currently scheduled date. Also, Mr. Vega needs to make travel arrangements to come to Las Vegas for this hearing and needs additional time.

2. Counsel for the defense is in trial the week of December 5, 2022 and asks the Court to set it for a time and date after that week.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 15th day of November, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Joshua Brister*<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00302-JCM-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ALEXANDER WALLACE VEGA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Friday, November 18, 2022 at 11:00 a.m., be vacated and continued to **January 18, 2023, at 10:30 a.m.**

DATED November 15, 2022.

_____
UNITED STATES DISTRICT JUDGE

3