RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Alexander Wallace Vega

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00302-JCM-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (Second Request) |
| ALEXANDER WALLACE VEGA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heid A. Ojeda, Assistant Federal Public Defender, counsel for Alexander Wallace Vega, that the Change of Plea Hearing currently scheduled on January 18, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Mr. Vega resides in California. His vehicle was recently stolen and returned only after it was involved in a motor vehicle accident. The vehicle is unable to make the trip to Las Vegas from California and is currently uninsured. Counsel for the defense has confirmed with

the Orange County Sheriff's Department that a police report was filed in connection with a stolen vehicle and Mr. Vega.

2. Mr. Vega requests additional time to repair his vehicle, so that he can have transportation to Court for his change of plea proceeding.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The government agrees to this requested continuance.

This is the second request for a continuance of the change of plea hearing.

DATED this 12th day of January, 2023.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

*/s/ Heidi A. Ojeda*   */s/ Joshua Brister*
By_____   By_____
HEIDI A. OJEDA   JOSHUA BRISTER
Assistant Federal Public Defender   Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER WALLACE VEGA,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00302-JCM-DJA<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Wednesday, January 18, 2023 at 10:30 a.m., be vacated and continued to **March 6, 2023, at 10:00 a.m.**

　　　DATED January 13, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3