RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Alexander Wallace Vega

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00302-JCM-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (Third Request) |
| ALEXANDER WALLACE VEGA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heid A. Ojeda, Assistant Federal Public Defender, counsel for Alexander Wallace Vega, that the Change of Plea Hearing currently scheduled on March 6, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.  Mr Vega is currently in the hospital in California with an unknown discharge date (documentation of such was provided to the government), so he will be unable to travel to Las Vegas for the currently set change of plea hearing.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The government agrees to this requested continuance.

This is the third request for a continuance of the change of plea hearing.

DATED this 2nd day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ *Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | /s/ *Joshua Brister*<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER WALLACE VEGA,<br><br>　　　　Defendant. | Case No. 2:21-cr-00302-JCM-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Monday, March 6, 2023 at 10:00 a.m., be vacated and continued to **March 22, 2023, at 10:00 a.m.**

　　DATED March 3, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3