RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Alexander Wallace Vega

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER WALLACE VEGA,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00302-JCM-DJA<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(Fourth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heid A. Ojeda, Assistant Federal Public Defender, counsel for Alexander Wallace Vega, that the Change of Plea Hearing currently scheduled on March 22, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than the week of March 27, 2023.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Vega is still in the hospital in California. He is expected to be discharged in the next 7 days. Mr. Vega will need time after discharge to continue to recover and travel to Las Vegas for the change of plea hearing.

2. Counsel for Mr. Vega is unavailable on the currently scheduled date.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The government agrees to this requested continuance.

This is the fourth request for a continuance of the change of plea hearing.

DATED this 13th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Joshua Brister*<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ALEXANDER WALLACE VEGA,<br><br>           Defendant. | Case No. 2:21-cr-00302-JCM-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Wednesday, March 22, 2023 at 10:00 a.m., be vacated and continued to **April 3, 2023, at 10:00 a.m.**

   DATED March 14, 2023.

_____
UNITED STATES DISTRICT JUDGE

3