RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Alexander Wallace Vega

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER WALLACE VEGA,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00302-JCM-DJA<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(Fifth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heid A. Ojeda, Assistant Federal Public Defender, counsel for Alexander Wallace Vega, that the Change of Plea Hearing currently scheduled on April 3, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Vega was recently discharged from the hospital. After discharge and at the request of Pretrial Services, Mr. Vegas was admitted into the Salvation Army Adult

Rehabilitation Center this week. For the initial part of this program, Mr. Vega will be on lock-down and unable to leave the facility.

2. Defense counsel has confirmed with Mr. Vega's supervising Pretrial Services Officers, Joey Trabucco, that Mr. Vega would be unable to leave the program to attend his currently scheduled change of plea hearing due to the program rules.

3. The parties are therefore requesting that the change of plea be continued for 30 days to allow Mr. Vega time to complete the initial lock-down portion of this program and allow him additional time to heal and get the necessary help before he needs to travel to Las Vegas for his change of plea hearing.

This is the fifth request for a continuance of the change of plea hearing.

DATED this 28th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Joshua Brister*<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXANDER WALLACE VEGA,<br><br>        Defendant. | Case No. 2:21-cr-00302-JCM-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Monday, April 3, 2023 at 10:00 a.m., be vacated and continued to **May 3, 2023, at 11:00 a.m.**

DATED March 31, 2023.

_____
UNITED STATES DISTRICT JUDGE

3