RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Alexander Wallace Vega

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00302-JCM-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (Sixth Request) |
| ALEXANDER WALLACE VEGA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heid A. Ojeda, Assistant Federal Public Defender, counsel for Alexander Wallace Vega, that the Change of Plea Hearing currently scheduled on May 3, 2023, be vacated and continued to the week of June 19, 2023.

This Stipulation is entered into for the following reasons:

1. Mr. Vega is currently participating in in-patient treatment in compliance with the terms of his Pretrial Release. Mr. Vega's pretrial services officer has advised counsel that it

would negatively impact Mr. Vega's progress while in treatment for him to leave treatment facility to travel to Las Vegas, Nevada to attend the currently scheduled change of plea hearing.

2. The parties request that the court continue this matter for approximately 2 months to allow Mr. Vega to continue to participate in his in-patient treatment.

This is the sixth request for a continuance of the change of plea hearing.

DATED this 19th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Joshua Brister*<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER WALLACE VEGA,<br><br>    Defendant. | Case No. 2:21-cr-00302-JCM-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Wednesday, May 3, 2023 at 11:00 a.m., be vacated and continued to **June 23, 2023, at 11:00 a.m.**

    DATED April 21, 2023.

_____
UNITED STATES DISTRICT JUDGE

3