# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-302 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| ALEXANDER WALLACE VEGA, | |
| Defendant(s). | |

Presently before the court is defendant Alexander Wallace Vega ("defendant")'s motion for leave to file his objections to the presentence report ("PSR") and sentencing memorandum under seal, due to confidential information contained within the objections and sentencing memorandum (ECF No. 183). Pursuant to Local Rule 10-5, the court grants defendant's motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Alexander Wallace Vega's motion for leave to file his objections to the PSR and sentencing memorandum under seal (ECF No. 183) be, and the same hereby is, GRANTED.

The clerk is instructed to keep defendant's objections to the PSR and sentencing memorandum (ECF No. 184) under seal.

DATED November 2, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**